| | |
|---|---|
| TIMOTHY COURCHAINE<br>Acting United States Attorney<br>District of Arizona | ☑ FILED ___ LODGED<br>___ RECEIVED ___ COPY<br><br>JUN 1 8 2025<br><br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY____ KM ____ Z DEPUTY |

MATTHEW WILLIAMS
Assistant United States Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Williams3@usdoj.gov

LORINDA LARYEA
Acting Chief, Fraud Section
United States Department of Justice

WILLIAM HOCHUL III
SHANE BUTLAND
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-538-4256
Email: william.hochul.iii@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1.  Tyler Kontos,<br><br>2.  Joel Max Kupetz,<br>    a/k/a Max Kupetz<br><br>3.  Jorge Kinds,<br><br>Defendants. | No. CR- **CR-25-00915-PHX-SMB (ESW)**<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Rule 5.1, the United States of America, by and through its

attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case, *United Staes v. Alexandra Gehrke and Jeffrey King* (CR-24-01040-PHX-ROS), *United Staes v. Bethany Jameson* (CR-24-01068-PHX-DWL), *United Staes v. Carlos Ching* (CR-24-01075-PHX-GMS), and *United Staes v. Daylon Bennett* (CR-25-00090-PHX-DWL).

Respectfully submitted this 18th day of June, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

LORINDA LARYEA
Acting Chief, Fraud Section
United States Department of Justice

*s/Shane Butland*
WILLIAM HOCHUL III
SHANE BUTLAND
Trial Attorneys
Department of Justice, Fraud Section