AO 83 (Rev. 06/09) Summons in a Criminal Case

FILED ___ LODGED
X RECEIVED ___ COPY
JUL 01 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY______________ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona

United States of America
v.
Jorge Kinds

*Defendant*

Case No. CR-25-00915-PHX-SMB-3

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: Sandra Day O'Connor United States Courthouse<br>401 West Washington Street<br>Phoenix, Arizona 85003<br>MAGISTRATE JUDGE: ASB | Courtroom No.: 305 |
| | Date and Time: 07/02/2025 11:00 am |

This offense is briefly described as follows:
18: 1349- Conspriacy to Commit Health Care Fraud
18: 3147 and 18: 2 - Health Care Fraud, Aid and Abet
18:371- Conspiriacy to Defraud the Untied States

Date: 06/18/2025

ISSUED ON 2:49 pm, Jun 18, 2025
s/ Debra D. Lucas, Clerk

A Roybal
*Issuing officer's signature*

A. Roybal- Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: July 1, 2025

JAMES INGRAM Digitally signed by JAMES INGRAM
Date: 2025.07.01 09:40:57 -05'00'
*Server's signature*

James Ingram, Special Agent
*Printed name and title*

cc: PTS

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. CR-25-00915-PHX-SMB-3

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
***(Not for Public Disclosure)***

**INFORMATION FOR SERVICE**

Name of defendant/offender: ______

Last known residence: ______

Usual place of abode *(if different from residence address):* ______

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: ______

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: ______

**PROOF OF SERVICE**

This summons was received by me on *(date)* June 23, 2025 .

❒ I personally served the summons on this defendant ______ at *(place)* ______ on *(date)* ______ ; or

❒ On *(date)* ______ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☑ I delivered a copy of the summons to *(name of individual)* Quacy L. Smith , who is authorized to receive service of process on behalf of *(name of organization)* Smith & Green, Attorneys at Law, P.L.L.C. counsel accepted service on behalf of client via email, qsmith@smithgreenlaw.com on *(date)* June 25, 2025 ~~and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States~~; or

❒ The summons was returned unexecuted because: ______ .

I declare under penalty of perjury that this information is true.

Date returned: July 1, 2025

JAMES INGRAM Digitally signed by JAMES INGRAM Date: 2025.07.01 09:41:41 -05'00'
*Server's signature*

James Ingram, Special Agent
*Printed name and title*

Remarks:

Print Save As... Reset