☒ FILED ☐ LODGED
Jul 02 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

United States of America
*Plaintiff*
v.
Joel Max Kupetz
*Defendant*

Case No. 25-cr-00915

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joel Max Kupetz.

Date: July 2, 2025

[signature]
*Attorney's signature*

Catherine Hunstad, DC 1047669
*Printed name and bar number*

799 9th St. NW, #500, Washington, DC 20001
*Address*

Chunstad@nixonpeabody.com
*E-mail address*

202-445-9901
*Telephone number*

*FAX number*