# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** **Office of Legal Affairs, Passport Services**
U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

**FROM:** United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

**Original Notice**

**Date:** July 8, 2025
**By:** ______________________

Defendant: Jorge Kinds
Case Number: 0970 2:25CR00915
Date of Birth: 1976
Place of Birth: Lakewood, Washington
SSN: XXX-XX-4437

**Notice of Court Order** (Order Date: July 2, 2025)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court