JON M. SANDS
Federal Public Defender
IAN O. BUCON
Ariz. Bar No. 034543
Assistant Federal Public Defender
250 North 7th Avenue, Suite 600
Phoenix, Arizona 85007
(602) 382-2700 voice
Ian_Bucon@fd.org
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

vs.

Tyler Kontos,

Defendant.

No. CR-25-00915-01-PHX-SMB

**NOTICE OF APPEARANCE AS CO-COUNSEL**

NOTICE is hereby given, in accordance with Local Rule of Criminal Procedure 57.14 and Local Rule of Civil Procedure 83.3(a), that Assistant Federal Public Defender Ian O. Bucon is added as co-counsel with Assistant Federal Public Defender Susan E. Anderson, as attorneys for Defendant Tyler Kontos.

Respectfully submitted: July 11, 2025.

JON M. SANDS
Federal Public Defender

*s/Ian O. Bucon*
IAN O. BUCON
Assistant Federal Public Defender
*Attorney for Defendant*