IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Tyler Kontos,
2. Joel Max Kupetz, and
3. Jorge Kinds,

Defendants.

No. CR-25-00915-SMB

**[PROPOSED] PROTECTIVE ORDER**

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States' motion, no objection from the defendants, and good cause appearing,

IT IS HEREBY ORDERED that the United States' motion for a protective order is GRANTED.

IT IS FURTHER ORDERED that:

1. The United States may disclose to defense counsel, without redaction, the following information to the extent that it is present in discoverable materials: (1) personally identifying information related to the defendants and third parties, including, but not limited to, addresses, telephone numbers, dates of birth, social security numbers, financial information, and Medicare beneficiary identification numbers; (2) personal health information related to third parties, including, but not limited to, patient medical records; and (3) sensitive information of a personal nature related to the defendants and third parties, including, but not limited to, information concerning marital and other intimate relationships, minor children, and personal financial matters (collectively, "Protected Information").

3. Defense counsel may share materials containing Protected Information with

members of the defense team, including experts, investigators, and other professionals retained by the defendants or defense counsel to assist in the preparation of the defense.

3. The defense team shall safeguard and shall not disclose Protected Information provided to them, other than to the extent necessary to prepare the defense.

4. The defense team may review materials containing Protected Information with the defendants and potential witnesses to the extent necessary to prepare the defense.

5. The defendants and potential witnesses shall not be allowed to retain any materials containing Protected Information during the course of the litigation unless defense counsel ensures that all Protected Information has been redacted from the copies to be retained.

6. The defense team, the defendants, and potential witnesses shall not use any materials containing Protected Information for any purpose other than to prepare a defense in this case, including investigation, trial preparation, trial, and appeal.

7. Defense counsel shall inform (a) all members of the defense team with whom material containing Protected Information is shared, and (b) the defendants and all potential witnesses with whom material containing Protected Information is reviewed, of the contents of this Protective Order.

8. The defense team shall destroy, at the conclusion of this matter, all Protected Information in its possession, except that defense counsel shall be allowed to retain materials containing Protected Information until the time expires for all appeals, collateral attacks, other writs or motions challenging the conviction or sentence, and actions for professional malpractice.

______________________________________
HON. SUSAN M. BRNOVICH
UNITED STATES DISTRICT JUDGE