IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Tyler Kontos,
2. Joel "Max" Kupetz and
3. Jorge Kinds,

Defendants.

No. CR-25-00915-PHX-SMB

**ORDER**

Having reviewed and considered the parties' Joint/Unopposed Motion for Complex Case Designation and to Set Status Conference, and good cause appearing,

**IT IS ORDERED** that the parties' Joint/Unopposed Motion for Complex Case Designation and to Set Status Conference [ECF No. 33] is granted. Pursuant to Local Rule of Criminal Procedure 16.2 and Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(ii), this case is designated complex.

**IT IS FURTHER ORDERED** that a Status Conference is set for **November 12, 2025, at 11:00 a.m.** before United States District Judge Susan M. Brnovich, in Courtroom 506, Phoenix, Arizona. Counsel shall bring their calendars so that trial scheduling can be discussed. The Defendants' presence is required and may not be waived.

**IT IS FURTHER ORDERED** that counsel shall submit a proposed joint

scheduling order to the Court by no later than **November 4, 2025.**

**IT IS FURTHER ORDERED** that the Court finds excludable delay under 18 U.S.C. § 3161 from July 2, 2025, to November 29, 2025.

Dated this 11th day of July, 2025.

Honorable Susan M. Brnovich
United States District Judge