RONALD W. CHAPMAN, II (pro hac vice; MI Bar No. P73179)
Chapman Law Group
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rwchapman@chapmanlawgroup.com
Attorney for Defendant Joel Max Kupetz

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>1. Tyler Kontos,<br>2. Joel Max Kupetz, and<br>3. Jorge Kinds,<br>Defendants. | Case No. 2:25-cr-00915 SMB<br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Ronald W. Chapman, II. hereby gives notice that he has been substituted as counsel of record for Defendant Joel Max Kupetz in place of Catherine I. Hunstad. Both attorneys have been admitted *pro hac vice* in this matter under Local Rule 83.1(b)(2). Counsel further states that the client has consented to this substitution, that no party will be prejudiced by the substitution, and all other deadlines remain in effect.

Approved as to form and substance by:

/s/*Catherine I. Hunstad* (w/permission)
Catherine I. Hunstad (*pro hac vice*)
Nixon Peabody, LLP
799 Ninth St. NW, Suite 500
Washington, DC 20001
(202) 585-8086
chunstad@nixonpeabody.com

/s/ *Ronald W. Chapman II*
Ronald W. Chapman, II (*pro hac vice*)
Chapman Law Group
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rwchapman@chapmanlawgroup.com

**CLIENT APPROVAL:**

I, Joel Max Kupetz, retained Ronald W. Chapman II of Chapman Law Group to represent me in the above captioned matter. I hereby consent to the substitution of attorneys.

7/23/25

Joel Max Kupetz