RONALD W. CHAPMAN, II (pro hac vice; MI Bar No. P73179)
Chapman Law Group
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rwchapman@chapmanlawgroup.com
Attorney for Defendant Joel Max Kupetz

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

vs.

1. Tyler Kontos,
2. Joel Max Kupetz, and
3. Jorge Kinds,

Defendants.

Case No. 2:25-cr-00915 SMB

**PROPOSED ORDER**

Having reviewed and considered the Notice of Substitution of Attorneys for Defendant Joel Max Kupetz, and good cause appearing,

**IT IS ORDERED** that Ronald W. Chapman II is hereby substituted as counsel of record for Defendant Joel Max Kupetz in place of Catherine I. Hunstad.

**IT IS FURTHER ORDERED** that the Clerk shall terminate Ms. Hunstad's appearance on the docket and CM/ECF service list.

Dated this _____ day of _________________, 2025

______________________________
HON. SUSAN M. BRNOVICH
UNITED STATES DISTRICT JUDGE