JON M. SANDS
Federal Public Defender
SUSAN E. ANDERSON, AZ #020343
IAN O. BUCON, AZ #034543
LAURA LYNN SANDOVAL-GREEN,
CA #337692
Assistant Federal Public Defenders
250 North 7th Avenue, Suite 600
Phoenix, Arizona 85007
(602) 382-2700 voice
Susan_Anderson@fd.org
Ian_Bucon@fd.org
Lauralynn_Sandoval@fd.org
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Tyler Kontos, et al.<br><br>Defendant. | No. CR-25-00915-PHX-SMB-1<br><br>**MOTION TO CONTINUE STATUS CONFERENCE**<br><br>**(First Request)** |

Defendant Tyler Kontos, through counsel, respectfully moves this Court to continue the Status Conference for a period of approximately (30) days from the current date of November 12, 2025, and moves this Court to extend the time to submit a proposed joint scheduling order for approximately (30) days from the current deadline of November 4, 2025. The reason for this request is that Mr. Kontos's counsel require additional time to review the voluminous discovery in this complex healthcare fraud case before committing to a scheduling order and trial date. With an additional thirty days to review discovery and analyze the case, undersigned counsel will be in a better position to agree on a scheduling order and trial date that allow adequate time to prepare.

Defense counsel has contacted Ronald W. Chapman, II, counsel for co-defendant Joel Max Kupetz (2), and Quarracy Lamar Smith, counsel for co-defendant Jorge Kinds (3). Both have indicated they have no objection to the requested continuances.

Defense counsel has also contacted Assistant U.S. Attorneys Shane Butland and William Hochul, III, regarding this motion, and they indicate the government has no objection to the requested continuances.

Excludable delay under Title 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) is expected to result from this motion and from an order based thereon.

Respectfully submitted: September 19, 2025.

JON M. SANDS
Federal Public Defender

*s/Susan E. Anderson*
SUSAN E. ANDERSON
IAN O. BUCON
LAURA LYNN SANDOVAL-GREEN
Assistant Federal Public Defenders
*Attorneys for Defendant*