**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Tyler Kontos, et al.<br>Defendant. | No. CR-25-00915-PHX-SMB<br>**ORDER**<br>**(First Request)** |

Upon Motion of Defendant, no objection from the Government, and good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Continue Status Conference (Doc. _____).

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the status conference from November 12, 2025, to _______________, _____ at _________ a.m., as to all defendants, and continuing the proposed joint scheduling order deadline until _________________, ____, as to all defendants.

The Court finds excludable delay under Title 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) from ________________ to ______________________.

Dated this _____ day of _____________, 2025.