TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

MATTHEW TURNELL
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20530
Telephone: 202-839-7668
Email: matthew.turnell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>1. Tyler Kontos,<br>2. Joel Max Kupetz, and<br>3. Jorge Kinds,<br><br>Defendants. | CR-25-00915-PHX-SMB<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Matthew Turnell, Trial Attorney,

United States Department of Justice, Criminal Division, Fraud Section, as an attorney for the United States in this matter, as a member of the Filter Team.

Respectfully submitted,

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By: *Matthew Turnell*
MATTHEW TURNELL
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

Dated: December 2, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 2, 2025, I filed and served the foregoing document via the CM/ECF system with the Clerk of the Court and with counsel for Defendants Kontos, Kupetz, and Kinds.

By: *Matthew Turnell*
MATTHEW TURNELL