RONALD W. CHAPMAN II, *PHV*
MI Bar No. P73179
THE CHAPMAN FIRM
1300 Broadway St., FL 7
Detroit, Michigan 48226
T: (346) 242-7626
ron@chapmanandassociates.com

*Attorney for Defendant Kupetz*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>1. Tyler Kontos,<br>2. Joel Max Kupetz, and<br>3. Jorge Kinds,<br>Defendants. | No. CR-25-00915-PHX-SMB<br>**DEFENDANT'S MOTION TO CONTINUE STATUS CONFERENCE** |

Defendant Joel Max Kupetz ("Defendant"), by and through counsel, respectfully moves this Court to continue the Status Conference set for December 15, 2025, to February 23, 2026. The basis for this request is that Defendant's counsel is currently in a jury trial that commenced on December 1, 2025, and is expected to continue through at least December 18, 2025. *See United States v. Sanjeev Kumar*, Case No. 2:25-cr-20032-SHL (W.D. Tenn.). Counsel has additional trial obligations commencing on January 12, 2025, in *United States v. Savani, et al.*, No. 2:23-cr-00016-JLS (E.D. Pa.), anticipated to last six

(6) weeks, thereby further limiting the ability to coordinate rescheduling with all parties in light of the upcoming holidays.

Counsel for the Government and both co-defendants, Tyler Kontos and Jorge Kinds, have indicated that they have no objection to the requested continuance. Due to counsel's ongoing trial obligations, this continuance will allow sufficient time for said trials to conclude and for all parties to be available.

Defendant requests that the Court find excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the time of this motion and from an order based thereon.

WHEREFORE, Joel Max Kupetz, by and through undersigned counsel, respectfully moves this Court to continue the Status Conference set for December 15, 2025, to February 23, 2026.

Dated: December 12, 2025

Respectfully submitted,

*Ronald W. Chapman II*
Ronald W. Chapman II

*Attorney for Defendant Kupetz*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 12, 2025, I filed and served the foregoing document via the CM/ECF system with the Clerk of the Court and with counsel for Defendants Kontos, Kupetz, and Kinds.

*Ronald W. Chapman II*
Ronald W. Chapman II