# (Exhibit A Filed Under Seal)