TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Williams3@usdoj.gov

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
William Hochul III
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: Shane.Butland2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Joel Max Kupetz,<br><br>Defendant. | No. CR-25-00915-PHX-SMB<br><br>**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO VACATE, OR IN THE ALTERNATIVE, MODIFY SEIZURE WARRANTS** |

The United States respectfully request this Court to enter an order pursuant to Rule 45, Fed. R. Crim. P., extending the time within which the government might respond to defendant Joel Max Kupetz's Motion to Vacate, Or In The Alternative, Modify Seizure Warrants [D.E. 54] to January 28, 2026, which would be two weeks after the current filing deadline. The government seeks this extension because defendant Kupetz's motion

presents myriad statutory and constitutional arguments in support of his request to vacate authorized and executed warrants that resulted in seizures of over $6 million from bank and cryptocurrency accounts belonging to the defendant. The undersigned attorney is working with the Fraud Section of the Criminal Division of the U.S. Department of Justice and the U.S. Department of Justice's Money Laundering, Narcotics, and Forfeiture Section (formerly the Money Laundering and Asset Recovery Section) to provide well-researched, thorough, and cogent analysis of the legal issues presented.

Attorney undersigned has contacted Ronald W. Chapman II, attorney for defendant Joel Max Kupetz, and he has no objection to the relief requested herein.

It is expected excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or an order based thereon.

Respectfully submitted this January 8, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
District of Arizona

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By: */s/ Matthew Williams*
MATTHEW WILLIAMS
Assistant United States Attorney
District of Ariona

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Ronald W. Chapman II, Esq.

*s/Daniel Parke*
U.S. Attorney's Office