IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Joel Max Kupetz,<br>Defendant. | No. CR-25-00915-PHX-SMB<br><br>**ORDER EXTENDING TIME FOR GOVERNMENT TO FILE RESPONSE TO DEFENDANT'S MOTION TO VACATE, OR IN THE ALTERNATIVE, MODIFY SEIZURE WARRANTS** |

Upon motion of the United States, there being no objection by defendant Joel Max Kupetz, and good cause appearing,

It is ordered that granting the government to January 28, 2026, within which to respond to defendant Joel Max Kupetz's Motion to Vacate, Or In The Alternative, Modify Seizure Warrants [D.E. 54].

Excludable delay under 18 U.S.C. § 3161(h)(1)(D) is found to commence on ____________________________________ for a total of _____________ days.

DATED this _________ day of January, 2026.

____________________________________________

Hon. Susan M. Brnovich
United States District Judge