**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Joel Max Kupetz,<br>Defendant. | No. CR-25-00915-002-PHX-SMB<br>**ORDER** |

Upon motion of the United States, there being no objection by defendant Joel Max Kupetz, and good cause appearing,

**IT IS ORDERED** granting the government to January 28, 2026, within which to respond to defendant Joel Max Kupetz's Motion to Vacate, Or In The Alternative, Modify Seizure Warrants [D.E. 54].

Excludable delay under 18 U.S.C. § 3161(h)(1)(D) is found to commence on _______ for a total of _______ days.

Dated this 27th day of January, 2026.

Honorable Susan M. Brnovich
United States District Judge