JON M. SANDS
Federal Public Defender
SUSAN E. ANDERSON, AZ #020343
IAN O. BUCON, AZ #034543
LAURA LYNN SANDOVAL-GREEN,
CA #337692
Assistant Federal Public Defenders
250 North 7th Avenue, Suite 600
Phoenix, Arizona 85007
(602) 382-2700 voice
Susan_Anderson@fd.org
Ian_Bucon@fd.org
Lauralynn_Sandoval@fd.org
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

vs.

Tyler Kontos, et al,

Defendant.

No. CR-25-00915-PHX-SMB-1

**MOTION TO WITHDRAW AS COUNSEL OF RECORD and APPOINT NEW COUNSEL**

Susan E. Anderson, Assistant Federal Public Defender, hereby moves to withdraw the Office of the Federal Public Defender for the District of Arizona and each of its attorneys captioned above as counsel of record for defendant Tyler Kontos in the above-entitled action and appoint new counsel. Professional considerations require termination of the representation. *See* Arizona Rules of Professional Conduct ER 1.16, Comment 3, and Supreme Court of Arizona Attorney Ethics Advisory Committee Ethics Opinion File No. EO-20-0001 (Dec. 15, 2020).

CJA Panel Administration has advised that CJA Panel Attorney Walter Ulrich stands ready to accept appointment as counsel of record for defendant Tyler Kontos effective immediately.

/ /

/ /

/ /

Respectfully submitted: February 3, 2026.

JON M. SANDS
Federal Public Defender

*s/Susan E. Anderson*
SUSAN E. ANDERSON
Assistant Federal Public Defender
*Attorney for Defendant*