**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Tyler Kontos,<br>Defendant. | No. CR-25-00915-001-PHX-SMB<br>**ORDER** |

Upon motion of the Federal Public Defender, and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and withdrawing Assistant Federal Public Defenders Susan E. Anderson, Ian O. Bucon, Laura Lynn Sandoval-Green, and the Office of the Federal Public Defender for the District of Arizona, as counsel of record for defendant Tyler Kontos in the above-entitled action.

**IT IS FURTHER ORDERED** appointing CJA Panel Attorney Walter Ulrich as counsel of record for defendant Tyler Kontos, effective immediately.

The Court finds excludable delay under Title 18 U.S.C. § 3161(h)_____ from _____ to _____.

Dated this 4th day of February, 2026.

Honorable Susan M. Brnovich
United States District Judge