TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Williams3@usdoj.gov

LORINDA LARYEA
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
WILLIAM HOCHUL III
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: Shane.Butland2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>1. Tyler Kontos,<br>2. Joel "Max" Kupetz, and<br>3. Jorge Kinds,<br>Defendants. | No. CR-25-00915-PHX-SMB<br><br>**PROPOSED SCHEDULING ORDER** |

Pursuant to the Court's Order issued December 5, 2025 (Doc. 49), the United States of America and defendants Tyler Kontos and Jorge Kinds jointly submit the proposed

schedule below to govern all proceedings in this case.[1] If the proposed schedule needs to be amended prior to trial, counsel for the United States and counsel for the defendants pending trial shall confer and agree on the proposed amended scheduling order for the remaining deadlines before a motion to amend the scheduling order is filed.

A status hearing is scheduled for April 6, 2026, at 11:00 a.m.

**A. Proposed Trial Date**

The parties intend to discuss their and the Court's availability for trial at the status conference on April 6, 2026. The proposed deadlines identified below would apply to whatever trial date is set.

**B. Proposed Final Pretrial Conference:** 1 week before trial

**C. Government Discovery:**

| | | |
|---|---|---|
| 1. | Government's Rule 16 discovery: | 8 weeks before trial |
| 2. | Government's expert disclosures: | 4 weeks before trial |
| 3. | Government's production of Rule 26.2/ *Jencks* material: | 2 weeks before trial |
| 4. | Government's rebuttal expert disclosure: | 2 weeks before trial |

**D. Defense Discovery:**

| | | |
|---|---|---|
| 1. | Defense reciprocal Rule 16 discovery: | 4 weeks before trial |
| 2. | Defense initial and/or rebuttal expert disclosures: | 3 weeks before trial |
| 3. | Defense production of Rule 26.2/ *Jencks* material: | 1 week before trial |

**E. Motions and Notices:**

| | | |
|---|---|---|
| 1. | Defendants' Fed. R. Crim. P. 12.1, 12.2, and 12.3 notices: | 6 weeks before trial |
| 2. | FRE 404(b) notice: | 4 weeks before trial |
| 3. | Defendants' advice of counsel notices: | 12 weeks before trial |
| 4. | All pretrial motions, including motions | |

[1] Counsel for Joel "Max" Kupetz has not responded to the United States' efforts to meet and confer regarding a joint proposed scheduling order.

| | | |
|---|---|---|
| | *in limine* and 902(11) objections: | 3.5 weeks before trial |
| 5. | Responses to motions: | 2.5 weeks before trial |
| 6. | Replies: | 1.5 weeks before trial |

**F. Other Submissions and Disclosures:**

| | | |
|---|---|---|
| 1. | Government's and defendants' exchange of preliminary witness lists, preliminary exhibit lists, and 902(11) notices: | 4 weeks before trial |
| 2. | Joint proposed jury questionnaires: | 1 week before trial |
| 3. | Proposed *voir dire* questions: | 1 week before trial |
| 4. | Submission of joint statement of case: | 1 week before trial |
| 5. | Joint proposed verdict form: | 1 week before trial |
| 6. | Government's and defendants' exchange of witness lists, exhibit lists, and pre-marked exhibits | 1 week before trial |
| 7. | Summary exhibit disclosures: | 1 week before trial |

The United States, Tyler Kontos, and Jorge Kinds request that the Court find excludable delay pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii), from April 6, 2026, through the Trial Date.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

LORINDA LARYEA
Chief
Criminal Division, Fraud Section

*/s/ Shane Butland*
SHANE BUTLAND
WILLIAM HOCHUL III
Trial Attorneys
Department of Justice, Fraud Section

/s/
Quarracy Lamar Smith, Esq.
Smith & Green Attorneys at Law PC
3101 N. Central Ave., Ste. 690
Phoenix, AZ 85012
*Attorney for Defendant, Jorge Kinds*

/s/
Walter Anton Ulrich
Ulrich Law Firm PLC
45 W. Jefferson St., 14th Floor
Phoenix, AZ 85003
*Attorney for Defendant, Tyler Kontos*

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Walter Anton Ulrich, Esq.
Ronald W. Chapman, II, Esq.
Quarracy Lamar Smith, Esq.

*/s/ Shane Butland*
Trial Attorney
Department of Justice, Fraud Section