Quarracy L. Smith, Esq. (AZ Bar# 033515)
Smith & Green, Attorneys at Law, P.L.L.C.
3101 N. Central Avenue #700
Phoenix, AZ 85012
Tel: (602) 812-4600
Email: qsmith@smithgreenlaw.com
*Attorney for Defendant Jorge Kinds*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>vs.<br><br>Jorge Kinds ,<br>Defendant. | Case No: 2:25-cr-00915-SMB-3<br><br>**MOTION TO CONTINUE** |

Defendant Jorge Kinds, by and through counsel Quacy Smith, respectfully moves to continue the status conference currently set for April 15, 2026, to April 21, 2026. The conference was originally scheduled for April 6, 2026, but was subsequently reset to April 15, 2026.

Defense counsel will be out of town in Memphis, Tennessee, on April 15, 2026, and is therefore unavailable to appear. Counsel will be available beginning April 20, 2026, and Defendant respectfully requests that the status conference be continued to April 21, 2026, or to another date convenient for the Court.

This request is made in good faith and not for purposes of delay.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and continue the status conference accordingly.

***/s/ Quacy L. Smith, Esq.***
Quacy L. Smith, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April 2026, the foregoing document was emailed to:

William Hochul
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
william.hochul.lll@usdoj.gov
*Attorney for Plaintiff*

Matthew Williams
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
matthew.williams3@usdoj.gov
*Attorney for Plaintiff*

Shane Butland
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
Shane.Butland2@usdoj.gov
*Attorney for Plaintiff*

/s/ Quacy L. Smith