Quarracy L. Smith, Esq.
AZ Bar# 033515
Smith & Green, Attorneys at Law, P.L.L.C.
3101 N. Central Avenue #700
Phoenix, AZ 85012
Tel: (602) 812-4600
Email: qsmith@smithgreenlaw.com
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Jorge Kinds<br><br>Defendant. | Case No: 2:25-cr-00915-SMB-3<br><br>**PROPOSED ORDER MOTION TO CONTINUE** |

This court, having reviewed Defendant's Motion to Continue filed March 31st, 2026.

**IT IS HEREBY ORDERED**

[ ] Granting Defendant, Jorge Kinds, Motion to Continue .

______________________________

HONORABLE JUDGE