IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>1. Tyler Kontos,<br>2. Joel "Max" Kupetz, and<br>3. Jorge Kinds,<br>Defendants. | No. CR-25-00915-PHX-SMB<br><br>**SCHEDULING ORDER** |

Pursuant to the discussion at the scheduling hearing and the parties' Proposed Scheduling Order (Doc. 65),

**IT IS ORDERED** setting the following deadlines a scheduling dates:

**A.** Trial is set for May 25, 2027, for four weeks. Trial days will be Tuesday – Friday.

B. **Final Pretrial Conference ("FPC"):** May 17, 2027, at 10:00 a.m.

**C. Government Discovery:**

| | | |
|---|---|---|
| 1. | Government's Rule 16 discovery: | 8 weeks before trial |
| 2. | Government's expert disclosures: | 4 weeks before trial |
| 3. | Government's production of Rule 26.2/ *Jencks* material: | 2 weeks before trial |
| 4. | Government's rebuttal expert disclosure: | 2 weeks before trial |

**D. Defense Discovery:**

| | | |
|---|---|---|
| 1. | Defense reciprocal Rule 16 discovery: | 4 weeks before trial |
| 2. | Defense initial and/or rebuttal expert | |

| | | |
|---|---|---|
| | disclosures: | 3 weeks before trial |
| 3. | Defense production of Rule 26.2/ *Jencks* material: | 1 week before trial |
| **E.** | **Motions and Notices:** | |
| 1. | Defendants' Fed. R. Crim. P. 12.1, 12.2, and 12.3 notices: | 6 weeks before trial |
| 2. | FRE 404(b) notice: | 4 weeks before trial |
| 3. | Defendants' advice of counsel notices: | 12 weeks before trial |
| 4. | All pretrial motions, including motions *in limine* and 902(11) objections: | 3 weeks before FPC |
| 5. | Responses to motions: | 2 weeks before FPC |
| 6. | Replies: | 1 weeks before FPC |
| **F.** | **Other Submissions and Disclosures:** | |
| 1. | Government's and defendants' exchange of preliminary witness lists, preliminary exhibit lists, and 902(11) notices: | 4 weeks before trial |
| 2. | Joint proposed jury questionnaires: | April 14, 2027 |
| 3. | Proposed *voir dire* questions: | 1 week before trial |
| 4. | Submission of joint statement of case: | 1 week before trial |
| 5. | Joint proposed verdict form and jury instructions: | 1 week before trial |
| 6. | Government's and defendants' exchange of witness lists, exhibit lists, and pre-marked exhibits | 1 week before trial |
| 7. | Summary exhibit disclosures: | 1 week before trial |

**IT IS FURTHER ORDERED** that in order to facilitate the creation of an accurate record, the parties shall file a "Notice to Court Reporter" **five (5) business days** before trial containing the following information that may be used at trial:

*1. Trial Terms and Names:*

(a) Proper names, including those of witnesses.

(b) Acronyms.

(c) Geographic locations.

(d) Technical (including medical) terms, names or jargon.

(e) Case names and citations.

(f) Pronunciation of unusual or difficult words or names.

*2. Feed and Transcript:* Whether either party requests a real-time feed and/or daily transcript of trial proceedings; and

*3. Deposition(s):* Concordance from key depositions

**IT IS FURTHER ORDERED** that the parties shall promptly notify the Court if settlement is reached.

The Court finds excludable delay pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) from May 7, 2026 to May 25, 2027.

Dated this 6th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge

The parties shall submit a joint list of proposed jury instructions. The list shall contain four sections.

I. Section I shall contain model instructions. If an instruction is requested by both parties, the instruction shall be preceded by "ST" (stipulated). If the instruction is requested by only one party, the instruction shall be preceded by either "PL" (Plaintiff) or "DF" (Defendant).[1] For example:

EXAMPLE OF MODEL INSTRUCTIONS:

| | | |
|---|---|---|
| ST | § 3.1 | Duties of Jury to Find Facts and Follow Law |
| ST | § 3.2 | Charges Against Defendant Not Evidence - Presumption of Innocence |
| DF | § 3.3 | Defendant's Decision Not to Testify |
| DF | § 3.4 | Defendant's Decision to Testify |
| ST | § 3.5 | Reasonable Doubt - Defined |
| PL | § 3.6 | What is Evidence |
| DF | § 3.7 | What is Not Evidence |
| ST | § 3.8 | Direct and Circumstantial Evidence |
| ST | § 3.9 | Credibility of Witnesses |
| ST | § 3.10 | Evidence of Other Acts of Defendant or Acts and Statements of Others |
| DF | § 3.11 | Activities Not Charges |
| DF | § 3.12 | Separate Consideration of Multiple Counts |
| PL | § 3.17 | Intent to Defraud - Defined |

II. Section II shall contain any non-model instructions to which the parties have stipulated.

III. Section III shall contain any non-model instructions requested by Plaintiff (numbered consecutively). Plaintiff shall include citation to authority to support the requested instruction. Defendant shall state all objections to such instruction immediately following the instruction and Plaintiff's authority. Defendant shall support any objection with citation to authority. If Defendant offers an alternative instruction, such alternative instruction shall immediately follow Defendant's objection.

IV. Section IV shall contain any non-model instructions requested by Defendant (numbered consecutively). Defendant shall include citation to authority to support the requested instruction. Plaintiff shall state all objections to such instruction immediately following the instruction and Defendant's authority. Plaintiff shall support any objection with citation to authority. If Plaintiff offers an alternative instruction, such alternative instruction shall immediately follow Plaintiff's objection.

[1] If multiple Defendants, identify which Defendant.