IREDALE ROTH APC
Danielle R. Iredale (Cal. Bar No. 304693)
Owen Roth (Cal. Bar No. 335891)
California Bar No. 335891
185 West F Street, Suite 100
San Diego, CA 92101
Tel: (619) 230-5606
(619) 230-5204
Email: danni@iredaleroth.com
owen@iredaleroth.com

Counsel for Defendant
Tyler Kontos

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TYLER KONTOS, *et al.*,<br>Defendants. | Case No. 25-CR-915 SMB<br>The Hon. Susan M. Brnovich<br>EX PARTE MOTION TO SUBSTITUTE COUNSEL |

Pursuant to this Court's Local Rule 83.3, Defendant Tyler Kontos moves to substitute Danielle Iredale and Owen Roth, Iredale Roth APC, as his counsel in this case. Current counsel, Walter A. Ulrich, consents to the substitution.

Mr. Kontos seeks the substitution of counsel because he has been able to retain counsel whom he wishes to have defend him in this matter. While the circumstances of the retention are privileged, both Mr. Kontos and new counsel confirm for the Court that the retention is consistent with the prior appointments of counsel by the Court.

Per the Court's recent scheduling order, trial in this matter is set for May 25, 2027, and is anticipated to last four weeks. (Dkt. No. 72.) Moreover, the Final Pretrial Conference is set for May 17, 2027, and various other trial-related dates are fixed. (*Id.*) Both Mr. Kontos and new counsel are aware of these dates. Moreover, new counsel is in communication

with the Government about beginning the process of obtaining discovery, and is meeting and conferring with Government counsel on pretrial matters.

Given the current schedule in this case, the client's wish to substitute counsel, the consent of existing counsel, and the request of new counsel to be substituted, Mr. Kontos asks the Court to grant this motion and substitute Iredale Roth APC as his new counsel in this matter.

Finally, Local Rule 83.3 calls for the identification of Mr. Kontos's full name, last known address, and last known telephone number, which are as follows:

Tyler Kontos
[redacted]32
[redacted]Street
Mesa, AZ 85213

This motion is submitted *ex parte* with Mr. Ulrich copied, to prevent public disclosure of Mr. Kontos's phone number and address.

Dated: June 23, 2026

Respectfully Submitted,

IREDALE ROTH APC

By: [signature]
Danielle R. Iredale
Owen Roth

THE ULRICH LAW FIRM, PLC

By: [signature]
Walter A. Ulrich

[signature]
Tyler Kontos