UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TYLER KONTOS, *et al.*,<br>Defendants. | Case No. 25-CR-915 SMB<br>The Hon. Susan M. Brnovich<br>[PROPOSED] ORDER GRANTING EX PARTE MOTION TO SUBSTITUTE COUNSEL |

Good cause having been shown, the Court grants the motion to substitute counsel. Owen Roth, Iredale Roth APC, is substituted as lead counsel for Defendant Tyler Kontos. Walter A. Ulrich is relieved as counsel for Mr. Kontos.

SO ORDERED.

DATED this _____ day of June, 2026.

_______________________________

The Hon. Susan M. Brnovich
United States District Judge