UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Tyler Kontos, *et al.*,

Defendants.

Case No. CR-25-0915-01-PHX SMB

The Hon. Susan M. Brnovich

**ORDER**

Good cause having been shown,

**IT IS ORDERED** granting the *ex parte* motion to substitute counsel.

**IT IS FURTHER ORDERED** that retained counsel Danielle R. Iredale and Owen Roth, Iredale Roth APC, are substituted as lead counsel for Defendant Tyler Kontos. CJA Attorney Walter A. Ulrich is relieved as counsel for Mr. Kontos.

Dated this 30th day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge